**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-7589**

_____

KENNARDA BUGG,

Plaintiff - Appellant,

v.

DR. M. BURRELL, Lunenburg Correctional Center, individually and in official capacity; DR. STEPHEN C. BROWN, Oral Surgeon at Lunenburg Correctional Center, individually and in official capacity,

Defendants - Appellees,

and

J. DRAPER, Dental Asst. at Lunenburg Correctional Center, individually and in official capacity,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:20-cv-00349-AJT-TCB)

_____

Submitted: March 23, 2021                    Decided: March 26, 2021

_____

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kennarda Bugg, Appellant Pro Se.  Matthew E. Kelley, FRITH, ANDERSON  & PEAKE, PC, Roanoke, Virginia; Douglas Penner, Christa Theodora Pitzen, GOODMAN ALLEN DONNELLY PLLC, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kennarda Bugg appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Bugg's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*